

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-20-00108-CR

Genene **JONES**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5730
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On January 23, 2018, appellant filed a Motion to Dismiss for Speedy Trial and Denial of Due Process. On April 23, 2018, the trial court denied appellant's motion to dismiss. On January 16, 2020, appellant pleaded guilty to murder and was sentenced to imprisonment for life in accordance with the terms of her plea-bargain agreement. On January 16, 2020, the trial court signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). Appellant timely filed a notice of appeal, seeking to appeal the denial of her motion to dismiss.

Texas Rule of Appellate Procedure 25.2(a)(2)(A) provides that in a plea-bargain case, a defendant may appeal those matters that were raised by written motion filed and ruled on before trial. TEX. R. APP. P. 25.2(a)(2)(A). Therefore, appellant has the right to appeal the denial of her motion to dismiss, and the trial court's certification is defective. We, therefore, **ORDER** the trial court to correct this defect on or before **April 6, 2020**. We also **ORDER** the trial court clerk to file a supplemental clerk's record containing the corrected certification on or before **April 16, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.



_Michael A. Cruz_

MICHAEL A. CRUZ,
Clerk of Court